# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Downingtown Area School District | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 92 C.D. 2022 |
| | : | |
| Chester County Board | : | |
| of Assessment Appeals | : | |
| | : | |
| Tax Parcel No.: 33-5-43.3 | : | |
| | : | |
| Appeal of: Marchwood Apartments | : | |
| Owners LLC | : | |
| | | |
| Downingtown Area School District | : | |
| | : | |
| v. | : | No. 93 C.D. 2022 |
| | : | |
| Chester County Board | : | |
| of Assessment Appeals | : | |
| | : | |
| Tax Parcel No.: 33-5-43.2 | : | |
| | : | |
| Appeal of: Marchwood Apartments | : | |
| Owners LLC | : | |

## PER CURIAM         O R D E R

NOW, November 27, 2023, having considered Appellee's application for reargument and Marchwood Owner Apartments' and Chester County Board of Assessment Appeals' answers in response thereto, the application is DENIED.